UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

DISH NETWORK L.L.C. and
NAGRASTAR LLC
                Plaintiffs,

v.                                            Case No.   2:17-cv-573-FtM-99CM

ROGER POLLOCK
                Defendant.
_____

### **Stipulation for Entry of Final Judgment and Permanent Injunction**

This stipulation is filed jointly by Plaintiffs DISH Network L.L.C and NagraStar LLC (together, "DISH Network") and Defendant Roger Pollock ("Defendant"). The parties request that the Court enter a final judgment and permanent injunction against Defendant.

**I.**     **Nature of the Case**

DISH Network brought this action claiming that Defendant unlawfully circumvented the DISH Network security system and intercepted DISH Network satellite television programming. Defendant is alleged to have accomplished this in part by subscribing to pirate television services called Satlobo and ActivaCentro (collectively, the "IKS Services"). DISH Network claims that Defendant used the IKS Services to obtain the control words or "keys" needed to decrypt DISH Network's satellite signal and view copyrighted DISH Network television programming without having authorization from and without making payment to DISH Network.

**II.**     **Relief Requested**

The parties agree that a final judgment should be entered for DISH Network on Count III alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count IV

alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count V alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520. The parties also agree that damages should be awarded to DISH Network in the amount of $10,000, which represents minimum statutory damages under Count V. 18 U.S.C. § 2520(c)(2). In addition, the parties agree to the entry of a permanent injunction, which is authorized pursuant to Counts III-V. *See* 17 U.S.C. § 1203(b)(1); 47 U.S.C. § 605(e)(3)(B)(i); 18 U.S.C. § 2520(b)(1). A proposed final judgment and permanent injunction has been submitted.

Dated: January 25, 2018

Respectfully submitted,

s/ James A. Boatman, Jr.
James A. Boatman, Jr.
jab@boatman-law.com
Florida Bar No. 0130184
**THE BOATMAN LAW FIRM PA**
3021 Airport-Pulling Road North, Suite 202
Naples, FL 34105
Telephone: (239) 330-1494

Attorneys for Plaintiffs DISH Network L.L.C. and NagraStar LLC

_____
Roger Pollock
3588 Unique Cir.
Fort Myers, FL 33908

Defendant, *Pro Se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of the Court.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Roger Pollock
3588 Unique Cir.
Ft. Myers, FL 33908

                                      s/ James A. Boatman, Jr.
                                      James A. Boatman, Jr.
                                      Florida Bar No. 0130184
                                      THE BOATMAN LAW FIRM PA
                                      3021 Airport-Pulling Road North, Suite 202
                                      Naples, Florida 34105
                                      Telephone:   (239) 330-1494
                                      Email:   jab@boatman-law.com

                                      Attorney for Plaintiff DISH Network L.L.C.
                                      and NagraStar LLC