UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DISH NETWORK L.L.C. and
NAGRASTAR LLC,

    Plaintiffs,

v.                      Case No: 2:17-cv-573-FtM-99CM

ROGER POLLOCK,

    Defendant.

## ORDER AND PERMANENT INJUNCTION

This matter comes before the Court on the parties' Stipulation for Entry of Final Judgment and Permanent Injunction (Doc. #15) filed on January 25, 2018. Plaintiffs and defendant have reached an agreement for the entry of judgment as to Counts III, IV, and V, an award of statutory damages, and the entry of a permanent injunction against defendant.

Count I (Digital Millennium Copyright Act) and Count II (Federal Communications Act) will be dismissed without prejudice.

Accordingly, it is hereby

**ORDERED:**

The Parties' Stipulation for Entry of Final Judgment and Permanent Injunction (Doc. #15) is **GRANTED** as set forth herein. The Clerk shall enter judgment against defendant by attaching a copy of this Order and Permanent Injunction to the judgment, terminate all deadlines, and close the case.

1. Counts I and II of the Complaint (Doc. #1) are **dismissed** without prejudice.

2. Judgment shall be entered in favor of plaintiffs and against defendant on Count III alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1); Count IV alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a); and Count V alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.  Such judgment shall include the payment of damages in the amount of $10,000, by defendant Roger Pollock to plaintiffs DISH Network L.L.C. and NagraStar LLC.  Each party shall bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED:**

3. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is hereby permanently and immediately enjoined from:

    A. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

    B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from

DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

**DONE and ORDERED** at Fort Myers, Florida, this __26th__ day of January, 2018.

                                             _____
                                             JOHN E. STEELE
                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Defendant